**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Case No. 09-cv-02220-WJM-KMT

DeANGELO HORTON,

    Plaintiff,

v.

AVCF STAFF MEMBER JOHN DOE (Warden Arellano's Designee)
CSP STAFF MEMBER JOHN DOE (Warden Jones' Designee),
AVCF STAFF MEMBER REEVES,
AVCF STAFF MEMBER GRAHAM,
AVCF STAFF MEMBER KURTZ,
AVCF STAFF MEMBERS JOHN AND/OR JANE DOES (Committee Members for 30 Day Reviews),
CSP CASE MANAGER DeFUSCO,
CSP COMMITTEE CHAIRMAN OLSON, and
CSP STAFF MEMBERS JOHN AND/OR JANE DOES (Committee Members for 30 Day Revies),

    Defendants.

## ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS DEFENDANT

This matter comes before the Court on Plaintiff's Motion to Dismiss a Defendant filed May 17, 2011 (ECF No. 64).  Plaintiff seeks dismissal of AVCF Staff Member Graham.  Defendants do not object to the requested dismissal as evidenced in the Response to said Motion, filed May 18, 2011 (ECF No. 68).  Therefore, the Court being fully advised, hereby ORDERS as follows:

Plaintiff's Motion to Dismiss Defendant Graham is GRANTED.  Defendant AVCF Staff Member Graham is hereby DISMISSED WITH PREJUDICE.  The affected parties shall bear his or her own attorney's fees and costs.

The parties shall amend the caption of this case in all future filings to reflect the dismissal of Defendant Graham.

Dated this 19th day of May, 2011.

BY THE COURT:

_____
William J. Martinez
United States District Judge