**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kathleen M. Tafoya**

| | |
|---|---|
| **Civil Action No.** 09-cv-02220-WJM-KMT | FTR - Courtroom C-201 |
| **Date:** August 1, 2011 | Deputy Clerk, Nick Richards |
| | |
| DeANGELO HORTON, | Pro Se (by phone) |
| Plaintiff, | |
| v. | |
| AVCF STAFF MEMBER JOHN DOE (Warden Arellano's Designee), CSP STAFF MEMBER JOHN DOE (Warden Jones' Designee), AVCF STAFF MEMBER REEVES, AVCF STAFF MEMBER GRAHAM, AVCF STAFF MEMBER KURTZ, AVCF STAFF MEMBERS JOHN AND/OR JANE DOES (Committee Members for 30 Day Reviews), CSP CASE MANAGER DEFUSCO, CSP COMMITTEE CHAIRMAN OLSON, and CSP STAFF MEMBERS JOHN AND/OR JANE DOES (Committee Members for 30 Day Reviews), all defendants in their official and individual capacities, | Jennifer Susan Huss |
| Defendants. | |

**COURTROOM MINUTES / MINUTE ORDER**

**MOTION HEARING**
**Court in session: 10:04 a.m.**
Court calls case.  Appearances of counsel.

Motion Hearing is called regarding Plaintiff's Objections to Defendants' Responses to Plaintiff's First Set of Interrogatories and Combined Motion to Compel [Doc. No. 72, filed June 20, 2011].

Court heard arguments of counsel on the discovery of confidential investigative files pertaining to Plaintiff's segregation hearing.

It is **ORDERED**:   Defense Counsel shall submit, in camera, files regarding the administrative segregation action taken against Mr. Horton. Counsel shall submit the files electronically to chambers on or before August 8, 2011.

It is **ORDERED**:   Plaintiff's Objections to Defendants' Responses to Plaintiff's First Set of Interrogatories and Combined Motion to Compel [72] is **TAKEN UNDER ADVISEMENT**. The court shall issue a written order on the motion.

**Court in Recess: 10:44 a.m.**
Hearing concluded.
Total In-Court Time    00:40

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.