**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kathleen M. Tafoya**

| | |
|---|---|
| **Civil Action No.** 09-cv-02220-WJM-KMT | FTR - Courtroom C-201 |
| **Date:** October 4, 2011 | Deputy Clerk, Nick Richards |

| | |
|---|---|
| DeANGELO HORTON, | Pro Se (by phone) |
| Plaintiff, | |
| v. | |
| AVCF STAFF MEMBER JOHN DOE (Warden Arellano's Designee),<br>CSP STAFF MEMBER JOHN DOE (Warden Jones' Designee),<br>AVCF STAFF MEMBER REEVES,<br>AVCF STAFF MEMBER GRAHAM,<br>AVCF STAFF MEMBER KURTZ,<br>AVCF STAFF MEMBERS JOHN AND/OR JANE DOES (Committee Members for 30 Day Reviews),<br>CSP CASE MANAGER DEFUSCO,<br>CSP COMMITTEE CHAIRMAN OLSON, and<br>CSP STAFF MEMBERS JOHN AND/OR JANE DOES (Committee Members for 30 Day Reviews),<br>all defendants in their official and individual capacities,<br>Defendants. | Jennifer Susan Huss |

**COURTROOM MINUTES / MINUTE ORDER**

**MOTION HEARING
Court in session: 1:30 p.m.**
Court calls case.  Appearances of counsel.

Motion Hearing is called to resolve the remaining discovery issues regarding Plaintiff's Objections to Defendants' Responses to Plaintiff's First Set of Interrogatories and Combined Motion to Compel [Doc. No. 72, filed June 20, 2011].  The issues remaining include production of all or part of the O.I.G. files submitted in camera by defense

counsel and responses to plaintiff's Interrogatory nos. 2, 7, and 14.

It is **ORDERED**:   Plaintiff's Objections and Combined Motion to Compel [72] is **GRANTED IN PART AND DENIED IN PART**.  The Court finds the vast majority of the documents in the O.I.G. file are protected under the official information privilege discussed on the record.

The file contains confidential informant information, written statements, inmate records, and criminal history records that would put the safety of individuals named in the file at risk and will not be produced to the plaintiff. Plaintiff's interest in discovering the majority of the documents in the O.I.G. file is minimal and defendant's have a significant interest in ensuring the procedures used in conducting a criminal or disciplinary investigation are not undermined.

However, the transcript of a phone conversation discussed on the record contained in the O.I.G. file is discoverable and will be produced to Mr. Horton and included as an attachment to these minutes with e-mail addresses, street addresses, driver's license numbers, and dates of birth redacted from the exhibit.  The body of the transcript remains as it was in the O.I.G. file.  The document will be labeled "Court Exhibit 1."

Defendant's objections to Interrogatory No. 2 are sustained and the interrogatory has been adequately answered.

Responses to Interrogatory No. 7 are adequate.

Defense counsel will submit a supplementary response to Interrogatory 14.

**Court in Recess: 2:23 p.m.**
Hearing concluded.
Total In-Court Time    00:53

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.