IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 09–cv–02220–WJM–KMT

DeANGELO HORTON,

    Plaintiff,

v.

AVCF STAFF MEMBER JOHN DOE (Warden Arellano's Designee),
CSP STAFF MEMBER JOHN DOE (Warden Jones' Designee),
AVCF STAFF MEMBER REEVES,
AVCF STAFF MEMBER GRAHAM,
AVCF STAFF MEMBER KURTZ,
AVCF STAFF MEMBERS JOHN AND/OR JANE DOES (Committee Members for 30 Day Reviews),
CSP CASE MANAGER DEFUSCO,
CSP COMMITTEE CHAIRMAN OLSON, and
CSP STAFF MEMBERS JOHN AND/OR JANE DOES (Committee Members for 30 Day Reviews),
all defendants in their official and individual capacities,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiff's "Motion to Postpone Defendant's Summary Judgment Until Discovery has Been Completed" (Doc. No. 100, filed Nov. 2, 2011) is DENIED. Even assuming that Plaintiff's Motion and accompanying Affidavit complies with Fed. R. Civ. P. 56(d) by sufficiently identifying the additional factual information Plaintiff requires to respond to Defendants' Motion for Summary Judgment, the discovery deadline passed on August 30, 2011. Accordingly, discovery has been completed and Plaintiff may no longer seek additionally discovery.

Dated: November 3, 2011