IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 09–cv–02220–WJM–KMT

DeANGELO HORTON,

     Plaintiff,

v.

AVCF STAFF MEMBER JOHN DOE (Warden Arellano's Designee),
CSP STAFF MEMBER JOHN DOE (Warden Jones' Designee),
AVCF STAFF MEMBER REEVES,
AVCF STAFF MEMBER GRAHAM,
AVCF STAFF MEMBER KURTZ,
AVCF STAFF MEMBERS JOHN AND/OR JANE DOES (Committee Members for 30 Day Reviews),
CSP CASE MANAGER DEFUSCO,
CSP COMMITTEE CHAIRMAN OLSON, and
CSP STAFF MEMBERS JOHN AND/OR JANE DOES (Committee Members for 30 Day Reviews),
all defendants in their official and individual capacities,

     Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiff's "Motion to Clarify Magistrate's Order in Telephone Conference Held January 4, 2012" (Doc. No. 122, filed Jan. 18, 2012) is GRANTED. The clerk of court is directed to send Plaintiff a copy of the "Recommendation of United States Magistrate Judge" entered on January 3, 2012. (Doc. No. 119.) As to Plaintiff's inquiry regarding "what was ordered/or said in telephone pretrial conference," Plaintiff should refer to the Courtroom Minutes/Minute Order dated January 4, 2012. (Doc. No. 121.)

Dated: January 20, 2012